1  John C. Massaro (*admitted pro hac vice*)
   (DC Bar No. 441194)
2  David E. Kouba (*admitted pro hac vice*)
   (DC Bar No. 483145)
3  ARNOLD & PORTER KAYE SCHOLER LLP
4  601 Massachusetts Ave, NW
   Washington, DC 20001
5  Telephone: 202-942-5000
6  Facsimile: 202-942-5999
   John.Massaro@arnoldporter.com
7  David.Kouba@arnoldporter.com

8  David J. Noonan (SBN 55966)
   NOONAN LANCE BOYER & BANACH LLP
9  701 Island Avenue, Ste. 400
   San Diego, CA 92101
10 Telephone: 619-780-0880
11 Facsimile: 619-780-0877

12 *Attorneys for Plaintiff NJOY, LLC*

13 *[Additional Counsel on Signature Page]*

14
15
16
17                    UNITED STATES DISTRICT COURT
18                   SOUTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  NJOY, LLC, | **Case No. 3:24-cv-00397-BAS-JLB** |
| 21       *Plaintiff,* | **PLAINTIFF NJOY, LLC'S *EX PARTE* REQUEST TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |
| 22  v. | |
| 23  Imiracle (HK) Limited, *et al.*, | Judge: Hon. Cynthia A. Bashant |
| 24       *Defendants.* | Courtroom: 12B<br>Complaint Filed: February 28, 2024 |
| 25 | **NO ORAL ARGUMENT UNLESS ORDERED BY COURT** |
| 26 | |

27
28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Section F of the Court's Standing Order for Civil Cases, Plaintiff NJOY, LLC respectfully seeks leave to file a Notice of Supplemental Authority in support of Plaintiff NJOY, LLC's Supplemental Brief in Response to the Court's May 24, 2024 Order, ECF No. 61 ("Supplemental Brief"), concerning the Ninth Circuit's decision in *Davidson v. Sprout Foods, Inc.*, No. 22-16656, -- F.4th ---, 2024 WL 3213277 (9th Cir. June 28, 2024). Good cause exists for granting Plaintiff's request: *Davidson* was decided after Plaintiff filed its Supplemental Brief, and the decision speaks directly to the question raised by the Court's May 24, 2024 Order.

In *Davidson*, the Ninth Circuit considered whether the FDCA "preempts private enforcement" of a California state statute, the Sherman Food, Drug, and Cosmetic Law. 2024 WL 3213277 at *2. The court held that the FDCA did not bar plaintiffs' claims because they were based on violations of state law and thus did not seek to enforce the FDCA. *See id.* at *4-8. As the court explained, after considering the relevant Supreme Court and Ninth Circuit precedent, "[i]n cases where private plaintiffs claimed violations of state law, as opposed to federal standards, the Supreme Court and our court have held the claims are not preempted." *Id*. at *6; *see also id.* at *7 ("Plaintiffs' claim is that [defendant] violated these parallel state requirements. Because the FDCA places no limitations on enforcement of these state parallels, plaintiffs' Sherman Law claim is not preempted.").

The Ninth Circuit's decision in *Davidson* further demonstrates that Plaintiff's claims under the UCL based on violations of California's flavor ban are not preempted by the FDCA. *See* Supplemental Brief at 4-6.

Pursuant to Local Rule 83.3.g., Plaintiff's counsel has met and conferred with Scott Schutzman, counsel for Defendants Aroma Avenue Vape Shop, Cigarettes N More, Cloudhaven Vapors, Inc. and Z Vapor Room, and Eric Heyer and Jim Thompson, counsel for Defendants Empire Imports LLC, SV3 LLC d/b/a/ Mi-One Brands and Thesy, LLC d/b/a Element Vape, who indicated that they do not oppose

1  the instant application but intend to file a response to Plaintiff's Notice of
2  Supplemental Authority.

3

4

5  Dated: July 15, 2024                    ARNOLD & PORTER KAYE SCHOLER LLP

6                                          By: *s/ Lauren Wulfe*
                                            John C. Massaro (*admitted pro hac vice*)
7                                           (DC Bar No. 441194)
                                            David E. Kouba (*admitted pro hac vice*)
8                                           (DC Bar No. 483145)
                                            ARNOLD & PORTER KAYE SCHOLER LLP
9                                           601 Massachusetts Ave, NW
                                            Washington, DC 20001
10                                          John.Massaro@arnoldporter.com
                                            David.Kouba@arnoldporter.com
11

12                                          Paul W. Rodney (*admitted pro hac vice*)
                                            (Colorado Bar No. 41951)
13                                          ARNOLD & PORTER KAYE SCHOLER LLP
                                            1144 15th Street, Suite 3100
14                                          Denver, CO 80202
                                            Paul.Rodney@arnoldporter.com
15

16                                          Lauren S. Wulfe (SBN 287592)
                                            Kristina Iliopoulos (SBN 341548)
17                                          ARNOLD & PORTER KAYE SCHOLER LLP
18                                          777 South Figueroa Street, Forty-Fourth Floor
                                            Los Angeles, California 90017
19                                          Lauren.Wulfe@arnoldporter.com
                                            Kristina.Iliopoulos@arnoldporter.com
20

21                                          David J. Noonan (SBN 55966)
                                            NOONAN LANCE BOYER & BANACH LLP
22                                          701 Island Avenue, Ste. 400
                                            San Diego, CA 92101
23

24                                          *Attorneys for Plaintiff NJOY, LLC*

25

26

27

28

**DECLARATION OF LAUREN S. WULFE**

I, Lauren Wulfe, declare as follows:

1. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP and am one of the attorneys representing Plaintiff NJOY, LLC ("Plaintiff" or "NJOY") in this matter. I am an attorney duly licensed to practice law in the State of California and before the United States District Court for the Southern District of California. I make this Declaration in support of Plaintiff NJOY, LLC's *Ex Parte* Request to File Notice of Supplemental Authority (the "Request").

2. On July 10, 2024, I contacted Scott Schutzman, counsel for Defendants Aroma Avenue Vape Shop, Cigarettes N More, Cloudhaven Vapors, Inc. and Z Vapor Room, and Eric Heyer and Jim Thompson, counsel for Defendants Empire Imports LLC, SV3 LLC d/b/a/ Mi-One Brands and Thesy, LLC d/b/a Element Vape, via email about this request, indicated that Plaintiff would file the Request on Monday, July 15, and asked whether Defendants intended to oppose. Counsel for Defendants informed me that they do not oppose the request to file a notice of supplemental authority but intend to file a response to the notice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 15th day of July, 2024, in Los Angeles, California.

*s/ Lauren S. Wulfe*
Lauren S. Wulfe

# CERTIFICATE OF SERVICE

1. I am over eighteen years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 South Figueroa Street, Forty-Fourth Floor, Los Angeles, California 90017-5844.

2. On **July 15, 2024**, I served the following document(s):

    **PLAINTIFF NJOY, LLC'S *EX PARTE* REQUEST TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

3. I served the document(s) on the following person(s):

    **James Christopher Fraser**
    james.fraser@thompsonhine.com

    **Eric Heyer**
    eric.heyer@thompsonhine.com

    **Dean Theodore Janis**
    dean.janis@janislaw.net

    **David J Noonan**
    dnoonan@noonanlance.com, bcrena@noonanlance.com, scandor@noonanlance.com, cfrederick@noonanlance.com

    **Arash V. Sadat**
    arash@msdlawyers.com

    **Scott E Schutzman**
    schutzy@msn.com, jhgreger@ipfirm.com

4. The documents were served by the following means:

    ☒ **By Electronic Service (E-mail) – Receipt Requested**. Based on the Court's Standing Order for Civil Cases, or on an agreement of the parties to accept service by electronic transmission, I transmitted the document(s) to the person(s) at the electronic notification address(es) listed in Item 3 on **July 15, 2024**.

    ☒ **Via Court Notice of Electronic Filing**. The document(s) will be served by the court via NEF and hyperlink to the document(s). On **July 15, 2024**, I checked the CM/ECF docket for this case or adversary proceeding and determined that the person(s) listed in Item 3 are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated in Item 3 **[or on the attached service list, if applicable]**.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: **July 15, 2024**.  Signature: _Kathryn Jensen_
Type or Print Name: Kathryn Jensen
E-Service Address: kathryn.jensen@arnoldporter.com