John C. Massaro (*admitted pro hac vice*)
(DC Bar No. 441194)
David E. Kouba (*admitted pro hac vice*)
(DC Bar No. 483145)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
John.Massaro@arnoldporter.com
David.Kouba@arnoldporter.com

David J. Noonan (SBN 55966)
NOONAN LANCE BOYER & BANACH LLP
701 Island Avenue, Ste. 400
San Diego, CA 92101
Telephone: 619-780-0880
Facsimile:  619-780-0877

*Attorneys for Plaintiff NJOY, LLC*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NJOY, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>Imiracle (HK) Limited, *et al.*,<br><br>    *Defendants.* | Case No. 3:24-cv-397-BAS-JLB<br><br>**JOINT MOTION TO CONTINUE DISCOVERY DISPUTE DEADLINES** |

Pursuant to Local Rule 7.2, and this Court's Civil Chambers Rules ("Chambers Rules"), Section IV, Plaintiff NJOY, LLC ("NJOY") and Defendants Aroma Avenue Vape Shop, Cigarettes N More, Cloudhaven Vapors, Inc., and Z Vapor Room (collectively referred to as the "Brick-and-Mortar Defendants" and with Plaintiff, the "Parties") respectfully submit the following Joint Motion to Continue Discovery Dispute Deadlines in connection with the Brick-and-Mortar Defendants' supplemental responses to Plaintiff's First Set of Requests for Production and First Set of Interrogatories (collectively, the "Requests").

The date of the event giving rise to the discovery dispute was March 7, 2025, the date the Brick-and-Mortar Defendants served supplemental written responses and objections to Plaintiffs' Interrogatories and Requests for Production as agreed upon at the Informal Discovery Conference on February 14, 2025. Chambers Rules § V.E. Based on that date, the initial deadline to meet and confer was March 21, 2025 and the deadline to lodge a Joint Discovery Statement is March 7, 2025. Chambers Rules §§ V.A-V.B.

On March 10, 2025, the Parties attended an Early Neutral Evaluation conference wherein the Parties discussed the potential for early resolution of the claims against the Brick-and-Mortar Defendants, which would address any remaining issues regarding the Brick-and-Mortar Defendants' March 7, 2025, supplemental discovery responses. The parties are continuing those discussions.

To facilitate those discussions and to avoid unnecessarily burdening the Court with a discovery dispute, the Parties jointly request a 30-day extension of the deadline to submit a Joint Discovery Statement. The proposed date by which the Parties will, if necessary, lodge a Joint Discovery Statement with any remaining discovery disputes in connection with the March 7, 2025 responses is May 7, 2025.

Good cause exists for the requested continuance. The proposed extension will facilitate the Parties' continued discussions regarding resolution of the claims

against the Brick-and-Mortar Defendants. The Parties have worked diligently in reaching a resolution, as well as in meeting prior obligations under the discovery deadlines, and believe the requested continuance will aid in advancing this goal.

Accordingly, the Parties jointly request that the current deadlines for the Parties to submit a discovery statement on NJOY's First Set of Interrogatories and First Set of Requests for Production be continued as follows:

    a. The deadline to lodge a Joint Discovery Statement with any remaining discovery disputes in connection with the March 7, 2025 responses is May 7, 2025.

Respectfully submitted,

Dated: April 2, 2025        ARNOLD & PORTER KAYE SCHOLER LLP

By: */s Lauren Wulfe*[1]

John C. Massaro (*admitted pro hac vice*) (DC Bar No. 441194)
David E. Kouba (*admitted pro hac vice*) (DC Bar No. 483145)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
John.Massaro@arnoldporter.com
David.Kouba@arnoldporter.com

Paul W. Rodney (*admitted pro hac vice*)
(Colorado Bar No. 41951)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 15th Street, Suite 3100

---

[1] Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Defendants Aroma Avenue Vape Shop, Cigarettes N More, Cloudhaven Vapors, Inc. and Z Vapor Room.

Denver, CO 80202
Paul.Rodney@arnoldporter.com

Lauren S. Wulfe (SBN 287592)
Dania Qahoush (SBN 335202)
Kristina Iliopoulos (SBN 341548)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Lauren.Wulfe@arnoldporter.com
Kristina.Iliopoulos@arnoldporter.com

David J. Noonan (SBN 55966)
NOONAN LANCE BOYER & BANACH LLP
701 Island Avenue, Ste. 400
San Diego, CA 92101

*Attorneys for Plaintiff NJOY, LLC*


*/s Scott Schutzman*

Scott E. Schutzman (SBN 140962)
LAW OFFICES OF SCOTT E. SCHUTZMAN
19761 Beach Blvd., Suite 430
Huntington Beach, CA 92648
Schutzy@msn.com

*Attorney for Defendants Aroma Avenue Vape Shop, Cigarettes N More, Cloudhaven Vapors, Inc., and Z Vapor Room*