John C. Massaro (*admitted pro hac vice*)
(DC Bar No. 441194)
David E. Kouba (*admitted pro hac vice*)
(DC Bar No. 483145)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
John.Massaro@arnoldporter.com
David.Kouba@arnoldporter.com

David J. Noonan (SBN 55966)
NOONAN LANCE BOYER & BANACH LLP
701 Island Avenue, Ste. 400
San Diego, CA 92101
Telephone: 619-780-0880
Facsimile:  619-780-0877

*Attorneys for Plaintiff NJOY, LLC*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NJOY, LLC,<br><br>            *Plaintiff*,<br><br>     v.<br><br>Imiracle (HK) Limited, *et al.*,<br><br>            *Defendants*. | Case No. 3:24-cv-00397-BAS-JLB<br><br>**PLAINTIFF NJOY, LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT VAPEONLY TECHNOLOGY CO. LTD.**<br><br>Assigned to  Hon. Cynthia Bashant<br>Courtroom:  12B |

**PLEASE TAKE NOTICE** that, by and through its undersigned counsel, Plaintiff NJOY, LLC hereby voluntarily dismisses the claims in the Complaint pled against Defendant Vapeonly Technology Co. Ltd. ("Vapeonly"), without prejudice and without costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]

Dated: April 4, 2025

ARNOLD & PORTER KAYE SCHOLER LLP

By: *s/ Kristina Iliopoulos*
John C. Massaro (*pro hac vice*) (DC BN 441194)
David E. Kouba (*pro hac vice*) (DC BN 483145)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
John.Massaro@arnoldporter.com
David.Kouba@arnoldporter.com

Paul W. Rodney (*admitted pro hac vice*)
(Colorado Bar No. 41951)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 15th Street, Suite 3100
Denver, CO 80202
Paul.Rodney@arnoldporter.com

Lauren S. Wulfe (SBN 287592)
Dania Qahoush (SBN 335202)
Kristina Iliopoulos (SBN 341548)

---

[1] Vapeonly has not filed an answer or a motion for summary judgment. Accordingly, dismissal without prejudice is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See, e.g., Milota v. Hexion Specialty Chemicals Canada, Inc.*, No. 3:13-CV-00909-HZ, 2015 WL 1737302, at *4 (D. Or. Apr. 16, 2015) ("If any of the defendants have not yet filed an answer or motion for summary judgment, then a plaintiff has an 'absolute right to dismiss' claims against those defendants.") (quoting *Duke Energy Trading & Mktg., L.L.C. v. Davis,* 267 F.3d 1042, 1049 (9th Cir. 2001)). Plaintiff expressly reserves all rights and arguments as to Vapeonly and/or any other Defendant or any party affiliated with Vapeonly.

|   |   |
|---|---|
| 1 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | 777 South Figueroa Street, Forty-Fourth Floor |
|   | Los Angeles, California 90017 |
| 3 | Lauren.Wulfe@arnoldporter.com |
| 4 | Dania.Qahoush@arnoldporter.com |
|   | Kristina.Iliopoulos@arnoldporter.com |
| 5 |   |
| 6 | David J. Noonan (SBN 55966) |
|   | NOONAN LANCE BOYER & BANACH LLP |
| 7 | 701 Island Avenue, Ste. 400 |
| 8 | San Diego, CA 92101 |
| 9 | *Attorneys for Plaintiff NJOY, LLC* |

- 3 -   Case No. 3:24-cv-00397-BAS-JLB
PLAINTIFF NJOY, LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT VAPEONLY TECHNOLOGY CO. LTD.

# CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of filing to all counsel of record.

By: *s/ Kristina Iliopoulos*
Kristina Iliopoulos (SBN 341548)
Kristina.Iliopoulos@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017