UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NJOY, LLC,<br><br>　　　*Plaintiff,*<br><br>v.<br><br>Imiracle (HK) Limited, *et al.*,<br><br>　　　*Defendants.* | Case No. 3:24-cv-397-BAS-JLB<br><br>**[PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION** |

　　　Plaintiff NJOY, LLC ("Plaintiff") having filed this Action against, *inter alia*, Defendants Avenue Vape Shop, Cigarettes N More, Cloudhaven Vapors, Inc., and Z Vapor Room (collectively "Brick-and-Mortar Defendants"), and the Brick-and-Mortar Defendants having appeared and stipulated to the entry of this Final Judgment and Permanent Injunction;

　　　It is hereby ORDERED and ADJUDGED as follows:

　　　1.　　This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121, 15 U.S.C. § 378(a), and 28 U.S.C. § 1367(a), and the Court's inherent equitable authority and has personal jurisdiction over Plaintiff and the Brick-and-Mortar Defendants.

2.  The Complaint brings claims against the Brick-and-Mortar Defendants under California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*, ("UCL").

3.  The Complaint alleges that the Brick-and-Mortar Defendants violated the UCL by marketing, distributing, and/or selling Elf Bar Products to other Defendants and other tobacco retailers that "sell, offer for sale, or possess with the intent to sell or offer for sale" flavored disposable vapor products in violation of Cal. Health & Safety Code § 104559.5(b)(1).

4.  Effective January 1, 2025, California's Revenue and Taxation Code section 30101.7 was amended to provide that delivery sellers must comply with all "applicable state laws or local ordinances that impose[] restrictions on the retail sale of cigarettes or tobacco products directly to the public from a retail location . . . as if the delivery sales occurred entirely within the state and place," thereby extending Cal. Health & Safety Code § 104559.5(b)(1) to "delivery sales" of flavored vapor products.

5.  Upon entry of this Final Judgment, and so long as the relevant terms of Health & Safety Code § 104559.5(b)(1) and Revenue and Taxation Code § 30101.7 remain in effect, the Brick-and-Mortar Defendants and each and all of their directors, officers, agents, employees, representatives, successors, assigns, and any and all persons in active concert or participation with any of them who have received actual notice of this Final Judgment and Permanent Injunction by personal service or otherwise, shall be permanently restrained and enjoined from engaging in conduct that violates the Health & Safety Code § 104559.5(b)(1) and Revenue and Taxation Code § 30101.7 or aids, abets, or otherwise facilitates a violation of Health & Safety Code § 104559.5(b)(1) and Revenue and Taxation Code § 30101.7, including specifically:

a. Selling or offering for sale[1] any flavored disposable vapor product[2] at a Retail Location[3] in California or through a Delivery Sale;

b. Selling or offering for sale any flavored disposable vapor product through a Delivery Sale[4]; or

c. Selling or offering for sale any flavored disposable vapor product to any Tobacco Retailer[5], Delivery Seller[6], Distributor, or Wholesaler.

6. Plaintiff and Brick-and-Mortar Defendants may seek modification of this Final Judgment and Permanent Injunction in the event that there is a change in the relevant state law, Cal. Health & Safety Code § 104559.5, concerning the sale of flavored disposable vapor products.

7. This order constitutes a final judgment binding on Plaintiff and the Brick-and-Mortar Defendants.

---

[1] "Sale" shall have the meaning provided in Cal. Health & Safety Code § 104559.5.

[2] "Flavored disposable vapor product" shall mean any electronic nicotine delivery system, including but not limited to e-cigarettes, personal vaporizers, vape pens, e-cigars, e-hookahs, vaping devices, mod systems, nicotine e-liquids or pod systems, or any other product that heats a nicotine-containing solution to produce an aerosol that contains nicotine that is inhaled by the user that uses an e-liquid that contains a constituent that imparts a characterizing flavor and which is disposable and discarded after the e-liquid in the device is depleted. "Characterizing flavor" shall have the meaning provided in Cal. Health & Safety Code § 104559.5.

[3] "Retail Location" shall have the meaning provided in Cal. Health & Safety Code § 104559.5.

[4] "Delivery Sale" shall have the meaning provided in Cal. Revenue and Taxation Code section 30101.7.

[5] "Tobacco Retailer" shall have the meaning provided in Cal. Health & Safety Code § 104559.5.

[6] "Delivery Seller" shall have the meaning provided in Cal. Revenue and Taxation Code section 30101.7.